# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.                                           **Case No. 05-CR-306**

**CRAIG L. WRIGHT,**

    Defendant.

## ORDER GRANTING REQUEST FOR EXTENSION

On January 24, 2006, the grand jury returned a superseding indictment against the defendant, Craig L. Wright ("Wright") which includes an additional charge of possessing a firearm as a convicted felon. Currently pending is Wright's request to file pretrial motions as to the new charge.

While the court finds that Wright should be permitted to file pretrial motions relevant to the superseding indictment, Wright has had some time to prepare his position prior to the pending request for extension. In fact, the superseding indictment was returned more than two weeks ago, on January 24, 2005. In addition, the jury trial remains scheduled to commence before the Honorable Charles N. Clevert, Jr., on March 13, 2006, with a final pretrial conference set for March 2, 2006. If Wright is permitted to file pretrial motions at this time in accordance with the standard schedule, the court will not have adequate opportunity to conduct an evidentiary hearing; to allow for post-hearing briefing; to issue its decision on motions that do not require an evidentiary hearing; or to allow the parties the full amount of time prior to the final pretrial conference during which they may object to this court's decision.

Accordingly, the court will grant Wright a limited extension and hereby establishes an expedited motion and briefing schedule. Wright shall file any pretrial motion by **February 13, 2006**; the government shall respond by **February 20, 2006**; and Wright shall reply by **February 24, 2006.** If either party cannot adhere to the expedited briefing schedule, that party should seek other relief, such as requesting that the district judge to adjourn the trial date. If the trial date is adjourned, this court will be amenable to extending the motion and briefing schedule.

**SO ORDERED.**

Dated at Milwaukee, Wisconsin, this <u>8th</u> day of February, 2006.

<u>s/AARON E. GOODSTEIN</u>
United States Magistrate Judge
